**STATE OF MONTANA,**
**Plaintiff,**                                    **No. DC-94-607**
vs.                                               **Decision**
**WALTER J. CASSELL,**
**Defendant.**

On November 2, 1995, the defendant was sentenced to one hundred (100) years in the Montana State Prison, plus an additional ten (10) years for the use of a weapon while engaged in the commission of the offense, to run consecutively to the term imposed for the commission of the crime. The defendant shall not be eligible for parole for the first seventeen and one half (17 ½) years of the sentence imposed.

On March 2, 2000, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and advised of his right to be represented by counsel. The Defendant proceeded Pro Se. The state was represented by Dan Schwarz.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division provides: "The sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (Section 45-18-904(3), MCA.) The Division

finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 2nd day of March, 2000.

DATED this 28th day of March, 2000.

Chairman, Hon. Jeffrey H. Langton, Member, Hon. Marge Johnson, Member, Hon. David Cybulski.